ROBERT R. RUSSEL *vs.* ELIZABETH HEPBURN.

Allegations of diminution not allowable for matters of evidence.

CERTIORARI to Justice Russel, in a case of tenant holding over, after notice to quit.

The record gave a copy of the complaint, as required by the *Code*, § 2204 ; the summons ; appearance ; the request for a jury trial ; the summoning and appearance of the jurors ; the trial ; verdict, judgment and warrant of possession.

*Mr. Cullen*, for the tenant, alledged as cause of diminution, that the written notice to quit required by law was not sent up with the record.

*Mr. Houston* said it was not a part of the record, but merely matter of evidence.

*The Court* so held, and disallowed the allegation of diminution ; and enlarged the time for excepting to the record.